# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERISA M. DALLIMORE** | * | CIVIL ACTION |
| Plaintiff, | * | NUMBER: 09-3848 |
| • | * | SECTION: "J" (2) |
| **MICHAEL J. ASTRUE,** **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | * * | |
| Defendant. | * | |

\* \* \*

## ORDER

On this date came for consideration Commissioner's Consent Motion to Reverse with Remand for Further Administrative Proceedings pursuant to sentence four of 42 U.S.C. 405(g) filed by the Commissioner of the Social Security Administration and the Court being advised in the premises is of the opinion said Motion should be GRANTED. It is therefore,

ORDERED that this cause be remanded to the Commissioner of the Social Security Administration upon receipt of the Court's order to remand the case for further administrative proceedings,

New Orleans, Louisiana this 5th day of February, 2010.

_____
United States District Judge