UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| TERISA M. DALLIMORE | CIVIL ACTION |
|---|---|
| VERSUS | NO. 09-3848 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "J" (2) |

**O R D E R**

The Court, having considered the motion, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion is **GRANTED**, and that attorney's fees are awarded in the amount of $2,687.50 pursuant to 28 U.S.C. § 2412.

New Orleans, Louisiana, this __28th__ day of _____May_____, 2010.

_____
United States District Judge